IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

    Plaintiff-Appellee

v.

ALFREDO VERGARA-ESCOBAR

    Defendant-Appellant

Case No. 14-4682

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

    The appellant, Mr. Alfredo Vergara-Escobar, by counsel, pursuant to Rule 26 of the Federal Rules of Appellate Procedure, respectfully moves this Court for an extension of time to file appellant's opening brief and the joint appendix and in support thereof states as follows:

(1) The Appellant's opening brief and the joint appendix in this case are currently due on Monday, December 1, 2014.

(2) Due to the undersigned's caseload and work schedule, the Appellant needs additional time to prepare the opening brief and joint appendix.

(3) Undersigned counsel has spoken with counsel for the United States of America who stated he does not oppose this motion.

    WHEREFORE, appellant respectfully requests this Court grant Appellant a two-and-a-half-week extension, to Friday, December 19, 2014, to file appellant's opening brief and joint appendix.

                                             Alfredo Vergara-Escobar
                                             By counsel

/s/ Charles M. Henter
Charles M. Henter, Esq. (VSB No. 45459)
HenterLaw PLC
415 Park Street, Second Floor
Charlottesville, Virginia  22902
Telephone    (434) 817-1840
Facsimile     (877) 854-2051

## Certificate of Service

I hereby certify that on November 24, 2014, I filed the foregoing with the Clerk of Court using the CM/ECF System that will send notice of such filing to the following registered CM/ECF users:

Mr. Grayson A. Hoffman of the United States Attorneys Office for the Western District of Virginia.

/s/ Charles M. Henter