# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 21, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No. 14-4682,    <u>US v. Alfredo Vergara-Escobar</u>
                5:13-cr-00012-MFU-1

TO:    Charles Michael Henter

Please file the motion identified below by using the **MOTION** entry.

[X] **MOTION / exceed length limitations** Reimbursement for copy expenses for the appendix in a court-appointed case will be limited to 250 double-sided sheets unless the court has granted a motion to exceed length limitations.

RJ Warren, Deputy Clerk
804-916-2702