FILED: January 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4682

(5:13-cr-00012-MFU-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ALFREDO VERGARA-ESCOBAR, a/k/a Flaco

       Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 553 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk