FILED: March 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4682
(5:13-cr-00012-MFU-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALFREDO VERGARA-ESCOBAR, a/k/a Flaco

Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 03/23/2015

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk